# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK DELLAVECCHIA,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 20-4409** |
| **KILOLO KIJAKAZI,** : | |
| **Acting Commissioner of Social Security**, : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this 8th day of February 2022, upon consideration of: (1) Plaintiff's Brief in Support of Request for Review (ECF No. 13); (2) the Commissioner's Response to the Request for Review (ECF No. 16); (3) Plaintiff's Reply (ECF No. 18); (4) Magistrate Judge Timothy R. Rice's Report & Recommendation (ECF No. 21); (5) Plaintiff's Objections to the Report & Recommendation (ECF No. 22); and (6) the Commissioner's Response to the Objections (ECF No. 23), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Plaintiff's request for review is **DENIED**; and
3. Judgment is entered in favor of the Defendant.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**